ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 AUG 31 PM 12: 21
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 304-012 |
| | ) | |
| ANTHONY WASHINGTON, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED**, Plaintiff's motion for summary judgment is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Defendants.

SO ORDERED this 31 day of August, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

**ATTORNEYS SERVED:**

Michael E. Harrison, Pro-se @ prison
Andrew M. Magruder, Esq.
Jesse W. Owen, Esq.

CASE NO: CV304-12
DATE SERVED: August 31, 2005
SERVED BY: Cindy Reynolds

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [x] Copy given to Magistrate